# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-3806 FMO (SSx) | Date | May 6, 2019 |
| Title | Young Hee Park v. 3705 Firestone Blvd, LLC, et al. | | |

**Present: The Honorable** Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): None Present

Attorney Present for Defendant(s): None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Imposition of Sanctions

    Pursuant to the Court's Order of July 25, 2018, the parties were required to file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than April 19, 2019; and their proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions in limine no later than April 26, 2019. As of the filing date of this Order, none of the documents listed above have been filed. (See, generally, Dkt.).

    Accordingly, IT IS ORDERED THAT, on **May 10, 2019**, at **10:00 a.m.**, **counsel and the parties** shall appear in Courtroom 6D to show cause why sanctions should not be imposed for failure to comply with the Local Rules and the Court's Order of July 25, 2018. **Failure to appear on the date set forth above may result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court, pursuant to Local Rule 41.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |