JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YOUNG HEE PARK, | ) | Case No. CV 18-3806 FMO (SSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| 3705 FIRESTONE BLVD, LLC, <u>et al.</u>, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 10th day of May, 2019.

                                                             /s/
                                      Fernando M. Olguin
                                  United States District Judge